UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES WILLIAM STILSON,

        Defendant.

Case No. 11-343-BAT

**DETENTION ORDER**

Offense charged:

    Failure to Register and Update Sex Offender Registration.

Date of Detention Hearing: July 22, 2011.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant was convicted of possession of child pornography and placed on supervised release in CR07-114-RSM. According to the complaint, he left the country without permission

DETENTION ORDER - 1

and moved to Mexico. He was arrested at the U.S. and Mexico border earlier this year as he attempted to reenter the County. The Court received no information about defendant's ties to the community, where he would live, his mental health and use of drugs or alcohol. Defendant through counsel did not contest detention.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of July, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2